NEW YORK MUTUAL SAVINGS AND LOAN ASSOCIATION, Respondent, *v.* WESTCHESTER FIRE INSURANCE COMPANY, Appellant.

*N. Y. Mutual S. & L. Assn.* v. *Westchester Fire Ins. Co.*, 110 App. Div. 760, affirmed.
(Argued June 6, 1907; decided October 1, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 26, 1906, reversing a judgment in favor of defendant entered upon the report of a referee and granting a new trial in an action to recover on a policy of fire insurance.

*Edgar J. Nathan* and *Raymond Reubenstein* for appellant.

*George Richards* and *Woodson R. Oglesby* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and HISCOCK, JJ. Absent: HAIGHT, J.